# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Samuel Henry Vinci Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:17-cv-00038-RLV |
| | ) | 5:15-cr-00041-RLV-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2017 Order.

May 10, 2017

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court